UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00500-PA                                Date: 07/11/2025

Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge

Interpreter N/A                                          Language N/A

| Marlene Ramirez | CS 07/11/2025 | Brenda N. Glavan |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond         Attorneys for Defendants:  ✓ Present  DFPD

Jacob Daniel Terrazas                                    Gabriela Rivera

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

\* Defendant states true name is the name on the Information Class A.
\* Defendant is arraigned under name on the Information Class A.
\* Defendant acknowledges having read the Information Class A and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the Information Class A.
\* This case is assigned to Judge Percy Anderson.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/12/2025 8:30 AM
\* Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status. Judge Anderson is located in 9A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA         Initial Appearance/Appointment of Counsel: 00 : 00
     USMLA        USMED        USMSA                                    Arraignment: 00 : 04
     Statistics Clerk          Interpreter
     CJA Supervising Attorney  Fiscal        Initials of Deputy Clerk: MR by TRB