UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JACOB DANIEL TERRAZAS,<br><br>　　　　Defendant. | No. 25-cr-00500-PA<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS OF EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:** August 12, 2025<br>**PROPOSED TRIAL DATE:** September 23, 2025<br>**CURRENT STATUS CONFERENCE DATE:** July 30, 2025 & August 4, 2025<br>**PROPOSED STATUS CONFERENCE DATE:** September 12, 2025 |

　　Based on the parties' stipulation and good cause shown, the Court hereby finds that:

　　1.　The Information was filed on June 18, 2025, and defendant first appeared before a judicial officer on June 9, 2025.

1

2. The current trial date is August 12, 2025, and the current status conferences are set for July 30, 2025 and August 4, 2025.

3. The parties request a continuance of the trial date to September 23, 2025, and the status conference to September 12, 2025.

4. The Court finds that the requested continuance is supported by the facts set forth in the stipulation and that:

    a. The ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial;

    b. Failure to grant the continuance would be likely to result in a miscarriage of justice;

    c. Failure to grant the continuance would unreasonably deny the defendant continuity of counsel and the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The time period from July 25, 2025, to September 23, 2025, inclusive, is excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

**IT IS HEREBY ORDERED THAT:**

1. The trial in this matter is continued from August 12, 2025, to September 23, 2025, at 8:30 a.m.

2. The status conference is continued to September 12, 2025, at 3:00 p.m.

3.      The briefing schedule for all pretrial motions shall be as set forth in the parties' stipulation.

**IT IS SO ORDERED.**

Dated: August 6, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

3