**FILED**
CLERK, U.S. DISTRICT COURT
8/05/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | 2:25-CR-500(A)-PA |
|---|---|
| Plaintiff, | FIRST SUPERSEDING INDICTMENT |
| v. | |
| JACOB DANIEL TERRAZAS, | [18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Employee Using a Deadly and Dangerous Weapon Resulting in Bodily Injury] |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b), 2(a)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant JACOB DANIEL TERRAZAS, and others known and unknown, each aiding and abetting the others, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim L.C., an employee of the United States Border Patrol, while L.C. was engaged in, and on account of, the performance of L.C.'s official duties, and in doing so made physical contact with L.C. and used a deadly and dangerous

//

weapon, namely, a broken piece of cinder block, resulting in the infliction of bodily injury to L.C.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

BRENDA GALVÁN
Assistant United States Attorney
General Crimes Section