BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ERIC L. MACKIE (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3289
    Facsimile: (213) 894-0141
    E-mail:   eric.mackie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 25-cr-00500-PA |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY MOTIONS IN LIMINE BRIEFING SCHEDULE AND CONTINUE MOTIONS HEARING |
| v. | |
| JACOB DANIEL TERRAZAS, | **CURRENT FPTC DATE:** January 14, 2026 |
| Defendant. | **CURRENT TRIAL DATE:** January 27, 2026 |
| | **PROPOSED MOTIONS HEARING DATE** January 14, 2026 |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Eric L. Mackie, and defendant JACOB DANIEL TERRAZAS ("defendant"), both individually and by and through his counsel of record, Gabriela Rivera and Ryan Shelley, hereby stipulate and jointly request that the Court modify the motions-in-limine ("MIL") briefing schedule and continue the motions hearing.  The parties state as follows:

1. On September 12, 2025, the Court set the trial for January 27, 2026, and a pretrial conference for January 14, 2026.

2. Under the Court's Criminal Standing Order, the parties were required to:

- exchange opening motions in limine on November 19, 2025,
- exchange oppositions on November 26, 2025, and
- file a joint MIL brief, including replies, on December 3, 2025.

3. The parties met and conferred on November 18, 2025 as required by the Court's Criminal Standing Order.

4. Defense served its opening MIL on November 19, 2025; the government served its MILs on November 26, 2025, and served its opposition to defendant's MIL on November 28, 2025.

5. The parties are continuing to work diligently and cooperatively to complete their remaining MIL briefing, including through the Thanksgiving holiday period. The parties believe a short continuance of the remaining MIL deadlines is necessary and jointly stipulate and request that the Court modify the MIL schedule as follows:

- Oppositions to MILs: **December 8, 2025**
- Replies: **December 15, 2025**

6. The parties further request that the Court hear the motions in limine at the Final Pretrial Conference on **January 14, 2026.**

//
//

7. The requested modifications will not prejudice either party.

IT IS SO STIPULATED.

Dated: December 2, 2025          Respectfully submitted,

                                 BILAL A. ESSAYLI
                                 Acting United States Attorney

                                 CHRISTINA T. SHAY
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 /s/ Eric L. Mackie
                                 ERIC L. MACKIE
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: December 2, 2025          CUAUHTEMOC ORTEGA
                                 Federal Public Defender

                                 /s/ Gabriela Rivera
                                 GABRIELA RIVERA
                                 RYAN SHELLEY
                                 Deputy Federal Public Defender

                                 Attorneys for Defendant
                                 JACOB DANIEL TERRAZAS

*Local Civil Rule 5-4.3.4 Attestation: I attest that all other signatories listed concur in the filing's content and have authorized the filing.

                                 /s/ Eric L. Mackie
                                          ERIC L. MACKIE