UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| Case No. | CR 25-00500-PA | Date | December 16, 2025 |
|---|---|---|---|
| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |

| Interpreter | N/A | | |
|---|---|---|---|
| Derek Davis | None Present | None Present | |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* | |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Jacob Daniel Terrazas | NOT | | | None Present | | | |

**Proceedings:  (IN CHAMBERS) ORDER**

On November 10, 2025, Defendant Jacob Terrazas filed a Motion to Dismiss and to Disqualify, based on the designation of Bilal A. Essayli as U.S. Attorney ("Motion to Disqualify").  See ECF No. 81.  On November 12, 2025, the court stayed briefing on the Motion to Disqualify pending resolution of a motion for reconsideration of an order filed in United States v. Ramirez, Case No. 5:25-cr-264-SSS, United States v. Garcia, Case No. 2:25-cr-655-MEMF, and United States v. Rojas, Case No. 22-cr-573-FWS.  See ECF No. 86.

The court denied the motion for reconsideration in Ramirez on December 12, 2025.  See United States v. Ramirez et al., --- F. Supp. 3d ---, 2025 WL 3019248 (C.D. Cal. Oct. 28, 2025), reconsideration denied (December 12, 2025).  For the reasons given in Ramirez, the court DENIES Defendant Terrazas' Motion to Disqualify, ECF No. 228.  That is, given Ramirez, there is no reason to dismiss Terrazas' indictment.  And Mr. Essayli may continue to supervise Terrazas' prosecution in his role as Special Attorney and the First Assistant United States Attorney for the Central District.

**IT IS SO ORDERED.**

cc: DMG Chambers

| CR-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk DD |
|---|---|---|