# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JACOB DANIEL TERRAZAS DEFENDANT(S). | CASE NUMBER 2:25-cr-00500-PA CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE |
|---|---|

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 01/17/2026                                          [signature]
                                                          Defendant

====================================================================

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury before either a United States District Judge or a United States Magistrate Judge.

**I HEREBY:** Waive (give up) my right to trial by jury.

Date: _____                                     _____
                                                          Defendant

====================================================================

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial before the Magistrate Judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

Date: _____                                     _____
                                                          Defendant

====================================================================

_____                                   [signature]
United States Magistrate Judge                            Defendant's Attorney (if any)

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE

M-71 (6/98)                                                                       Page 1 of 1