UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>JACOB DANIEL TERRAZAS,<br><br>          Defendant. | No. 25-cr-00500-PA<br><br>[PROPOSED] ORDER DISMISSING INFORMATION |

Upon consideration of the government's unopposed motion to dismiss the Information pursuant to Federal Rule of Criminal Procedure 48(a), and for good cause shown, IT IS HEREBY ORDERED that the government's request is GRANTED.  The Information filed on July 24, 2025 (Dkt. 30) is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

**IT IS SO ORDERED.**


 Dated: _____                    _____

                                    HONORABLE JUDGE PERCY ANDERSON
                                    UNITED STATES DISTRICT COURT JUDGE